**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DOUGLAS BAKER, in his** | § | |
| **Individual Capacity,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Civil Action No.: _____** |
| | § | |
| **DEPUTY CONSTABLE SEBASTIAN,** | § | **The Honorable Judge _____** |
| **In his Individual Capacity, DEPUTY** | § | |
| **CONSTABLE C. HOOVER, in his** | § | |
| **Individual Capacity (aka C. Hoover),** | § | |
| **HARRIS COUNTY and DOES 1-10,** | § | |
| **Inclusive,** | § | |
| **Defendants.** | § | |

**DEFENDANTS HARRIS COUNTY, ANTHONY SEBASTIAN**
**AND CHARLES HOOVER'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants HARRIS COUNTY, ANTHONY SEBASTIAN and CHARLES HOOVER (collectively "County Defendants" or by individual name) file this Notice of Removal.  In support of said notice, County Defendants respectfully shows the Court as follows:

**I.      STATE COURT ACTION**

1.      On August 25, 2022, a civil action was commenced in the 133rd Judicial District Court of Harris County, Texas, by filing of an Original Petition bearing the caption *Douglas Baker, in his individual capacity, Plaintiff v. Deputy Constable Sebastian, in his individual capacity, Deputy Constable C. Hoover, in his individual capacity (aka C. Hoover), Harris County and Does 1-10, inclusive, Defendants*, Cause No. 202253510 ("State Court Action").  *See* a copy of Plaintiff's Original Petition filed in the State Court Action attached and marked as Exhibit A.

2.      In the State Court Action, Plaintiff is seeking damages against County Defendants for alleged violation of his rights under the Fourth Amendment and Fourteenth Amendment of the

U.S. Constitution as well as 42 U.S.C. §1983. Specifically, Plaintiff is alleging that his rights were violated when deputies from Harris County Precinct #4 used excessive force to unlawfully arrest him [Ex. A].

## II. GROUNDS FOR REMOVAL

3. **Federal Question Jurisdiction**. The district courts of the United States have original jurisdiction over this action on the federal question presented in Plaintiff's Original Petition – namely the alleged violations of his constitutional rights presented under 42 U.S.C. §1983 [Ex. A]. Original jurisdiction over such matters is conferred upon federal district courts by 28 U.S.C. 1331, which states that "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States." 28 U.S.C. §1331; *see also* 28 U.S.C. §§1441(a) and (b). Therefore, removal of this action is proper.

4. **Removal is Timely**. On September 6, 2022, Harris County, via service on Harris County Judge Lina Hidalgo, and Charles Hoover received the State Court Action petition via hand delivery by a process server. *See* a copy of service documents for Harris County attached and marked as Exhibit B-1; *see also* service documents for Hoover attached and marked as Exhibit B-2. On September 7, 2022, Anthony Sebastian received the State Court petition via hand delivery by a process server. *See* a copy of service documents for Sebastian attached and marked as Exhibit B-3. On This Notice of Removal is filed within thirty (30) days of the service of process of the State Court Action and is therefore, this removal is timely under 28 U.S.C. §1446(b).

5. County Defendants consent to this removal. All named defendants have been served as of the filing of this notice of removal.

6. **State Court Proceeding**. The State Court Action is pending within the district and division. *See* 28 U.S.C. §1441(a). County Defendants have not answered and no hearings have

been scheduled in the State Court Action as of the date of this notice. *See* a copy of the current docket for the State Court Action attached and marked as Exhibit C. Thus, the deadlines and requirements established by Rule 81(c), Federal Rules of Civil Procedure, have been triggered by the filing of this notice of removal.

7.      Simultaneously with the filing of this notice of removal, notice will be given to Plaintiff via her attorney and copies of this Notice of Removal will be filed with the clerk of Harris County, Texas in the State Court Action under cause #202253510.

8.      Pursuant to Local Rule LR-81, Local Rules for the Southern District of Texas, attached are the following:

| | | |
|---|---|---|
| (a) | Exhibit A: | Plaintiff's Original Complaint in State Court Action |
| (b) | Exhibit B-1: | Copy of service documents for Harris County |
| (c) | Exhibit B-2: | Copy of service documents for Hoover |
| (d) | Exhibit B-3: | Copy of service documents for Sebastian |
| (e) | Exhibit C: | Copy of current docket sheet in the State Court Action |
| (f) | Exhibit D: | Index of documents filed with removal action |
| (g) | Exhibit E: | List of all counsel of record |
| (h) | Exhibit F: | Civil cover sheet |

WHEREFORE, PREMISES CONSIDERED, Defendants HARRIS COUNTY, ANTHONY SEBASTIAN and CHARLES HOOVER remove this action for trial from the 133rd Judicial District Court of Harris County, Texas (cause #202253510) to the United States District Court for the Southern District of Texas, Houston Division.

Respectfully submitted,

OF COUNSEL:

CHRISTIAN MENEFEE
TEXAS BAR NO. 24088049
HARRIS COUNTY ATTORNEY

Date: Sept. 12, 2022.   By:   */s/ Jennifer F. Callan*
                               JENNIFER F. CALLAN
                               Sr. Assistant County Attorney
                               ATTORNEY-IN-CHARGE
                               State Bar No. 00793715
                               Fed. Bar No. 22721
                               Tel: (713) 274-5146 (direct)
                               Fax: (713) 755-8823
                               jennifer.callan@harriscountytx.gov

                               GREGORY BURNETT
                               Sr. Assistant County Attorney
                               State Bar No. 24057785
                               Fed. Bar No. 3785139
                               Tel: (713) 274-5224 (direct)
                               gregory.burnett@harriscountytx.gov

                               Harris County Attorney's Office
                               1019 Congress, 15th Floor
                               Houston, Texas 77002

                               **Attorneys for County Defendants**

## CERTIFICATE OF SERVICE

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following:

Edward A. Rose, Jr.,                          Kent Motamedi
Edward A. Rose, Jr. Attorney at Law, PC       Motamedi Law, PLLC
3027 Marina Bay Drive, Suite 208              952 Echo Lane, Suite 320
League City, Texas 77573                      Houston, Texas 77024

                               */s/ Jennifer F. Callan*
                               Jennifer F. Callan