UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOUGLAS BAKER, in his Individual Capacity,<br>    Plaintiff, | § § § § | |
| v. | § § | Civil Action No. 4:22-CV-03103 |
| DEPUTY CONSTABLE SEBASTIAN, In his Individual Capacity, DEPUTY CONSTABLE C. HOOVER, in his Individual Capacity (aka C. Hoover), HARRIS COUNTY and DOES 1-10, Inclusive,<br>    Defendants. | § § § § § § § § | |

**EXHIBIT A, BODY-WORN CAMERA FOOTAGE OF HARRIS COUNTY CONSTABLE PRECINCT FOUR SERGEANT ANTHONY SEBASTIAN**

**MAY BE VIEWED AT THE FOLLOWING LINK:**

https://caohctx.sharefile.com/d-sf04cd2140b4c40e7ac64dbffba785479

This exhibit will be provided separately to the Court Clerk via USB drive by hand delivery.