# EXHIBIT A

THE STATE OF TEXAS  
VS.  
DOUGLAS C BAKER  
414 MEADOW CROSSING  
MAGNOLIA, TX 77355

SPN: 01118566  
DOB: W M 02/21/1958  
DATE PREPARED: 8/29/2020

D.A. LOG NUMBER: 2667597  
CJIS TRACKING NO.: 9268168847A001  
BY: PB  DA NO: 2533916  
AGENCY: CD4  
O/R NO: 200803008  
ARREST DATE: 08/28/2020

NCIC CODE: 3800 29  
MISDEMEANOR CHARGE: INTERFERENCE WITH PUBLIC DUTIES

RELATED CASES: NONE

CAUSE NO:  
HARRIS COUNTY CRIMINAL COURT AT LAW NO: 5  
FIRST SETTING DATE: 232348  
CITATION NO: 013  
CAR SETTING DATE: 08292020  
CAR SETTING TIME:

COURT ORDERED BAIL: NCR9  
PRIOR CAUSE NO:  
CHARGE SEQ NUM: 1  
IN CUSTODY STATUS: Y

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **DOUGLAS C BAKER**, hereafter styled the Defendant, heretofore on or about **August 18, 2020**, did then and there unlawfully, with criminal negligence, namely, pulling away to prevent being detained, interrupt, disrupt, impede and interfere with C. Hover, a peace officer, while C. Hover was performing a duty and exercising authority imposed and granted by law.

Before the commission of the offense alleged above, on June 15, 2004, in Cause No. 0985385, in the 185th District Court of Harris County, Texas, the Defendant was convicted of the felony offense of Possession of a Controlled Substance.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on August 29, 2020

_____  
AFFIANT

Duly attested by me on August 29, 2020

_____  
ASSISTANT DISTRICT ATTORNEY  
OF HARRIS COUNTY, TEXAS  
BAR NO. 24402659

Probable Cause found _____. Capias to issue _____  
Date                                      Magistrate, Harris County, Texas

**COMPLAINT**

CAUSE NO. 232348501010

| | | | |
|---|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL | |
| | § | | |
| VS. | § | COURT AT LAW NO. 13 | |
| | § | | |
| BAKER, DOUGLAS C | § | HARRIS COUNTY, TEXAS | |

OFFENSE: INTERFERE DUTIES PUB SERVANT

## MOTION TO DISMISS

The State respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason(s):

- ☐ Case refiled as Cause No. .
- ☐ Defendant was convicted in another case: Cause No. .
- ☐ Missing witness.
- ☐ Request of complaining witness.
- ☐ Dispositive motion granted.
- ☐ Probable cause exists, but case cannot be proven beyond a reasonable doubt at this time.
- ☐ In custody elsewhere – will not be extradited to Harris County.
- ☐ Due to passage of time, defendant not likely to be located or, if arrested, successfully prosecuted.
- ☐ No probable cause exists at this time to believe the defendant committed the offense.
- ☒ Other (explanation required)

EXPLANATION: In the interest of justice.

WHEREFORE, PREMISES CONSIDERED, it is requested that the above entitled and numbered cause be dismissed.

Respectfully submitted,

FLORES III, VICTORIANO
Assistant District Attorney
Harris County District Attorney's Office
TBC No. 24108606
FLORES_VICTORIANO@DAO.HCTX.NET

## ORDER AND NOTICE

The foregoing motion having been presented to me on this the September 29, 2021, and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that said above entitled and numbered cause be and the same is hereby dismissed.

NOTICE: Pursuant to Article 38.50(d) of the Code of Criminal Procedure, the Court is notifying you that any toxicological evidence collected in your case pursuant to an investigation or prosecution of an offense under Chapter 49 of the Penal Code does not have to be retained or preserved and may be destroyed pursuant to the authority of Article 38.50(c)(3) and (e) if your indictment or information has been dismissed with prejudice.

SIGNED AND ENTERED on September 29, 2021.

Judge Presiding
Harris County Criminal Court At Law No. 13
Harris County, Texas